HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
Victor Hugo Soriano-Villafan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:15-cr-0233 LJO-SKO |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE DETENTION HEARING; |
| vs. | ) ) | ORDER THEREON |
| VICTOR HUGO SORIANO-VILLAFAN, | ) ) ) | DATE: September 18, 2015<br>TIME: 1:30 p.m.<br>JUDGE: Honorable Stanley A. Boone |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the detention hearing in the above-referenced action now scheduled for September 14, 2015, **may be continued to September 18, 2015, at 1:30 p.m.**

The defendant is unable to access his contact information for friends and relatives residing in or around the Eastern District of California, and therefore additional time is needed for investigators to locate them and for counsel to further provide that information to pre-trial services. Furthermore, defense counsel needs additional time to confirm the status of defendant's license to drive from the State of Nevada. The requested continuance will conserve time and resources for all parties and the Court.

The parties agree that the delay resulting from this request shall be excluded in the interests of justice and for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A)

and 3161(h)(7)(B)(i) and (iv).

                                                      Respectfully submitted,

                                                      HEATHER E. WILLIAMS
Federal Defender

DATED: September 11, 2015          By:    */s/ Megan T. Hopkins*
                                                       MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
VICTOR HUGO SORIANO-VILLAFAN

DATED:  September 11, 2015                   BENJAMIN B. WAGNER
United States Attorney

                                                        */s/ Patrick R. Delahunty*
                                                        PATRICK R. DELAHUNTY
Assistant United States Attorney

O R D E R

     Good cause appearing, the above Stipulation to Continue Detention Hearing in Case No. 1:15-CR-0233 LJO-SKO is hereby accepted and adopted as the Order of this Court.  Time is also excluded in the interest of justice and to allow for defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **September 11, 2015**                                             
                                                       UNITED STATES MAGISTRATE JUDGE