PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR HUGO SORIANO-VILLAFAN,<br><br>Defendant. | No.  1:15-CR-00233-DAD-BAM<br><br>AMENDED ORDER FOR FORFEITURE MONEY JUDGMENT |

Based upon the United States' Amended Application for Forfeiture Money Judgment and the entry of guilty plea as to defendant Victor Hugo Soriano-Villafan,

IT IS HEREBY ORDERED that

1.      Defendant Victor Hugo Soriano-Villafan shall forfeit to the United States $695,674.39 and the Court imposes a personal forfeiture money judgment against the defendant in that amount.

2.      Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the Department of Homeland Security, Homeland Security Investigations, Customs and Border Protection, in its secure custody and control.

/////

1        3.      This Order of Forfeiture shall become final as to the defendant at the time of his

2  sentencing and shall be made part of the sentence and included in the judgment.

3        4.      In accordance with Rule 32.2(b)(3), the United States, in its discretion, shall be

4  allowed to conduct discovery, including but not limited to serving Interrogatories, Requests for

5  Admissions, Requests for Production of Documents, the taking of depositions, and the issuance of

6  subpoenas, in order to identify, locate or dispose of property to satisfy the money judgment.

7        5.      The United States may, at any time, move pursuant to Rule 32.2(e) to amend this

8  Order of Forfeiture to substitute property having a value not to exceed $695,674.39 to satisfy the

9  money judgment in whole or in part.

10  IT IS SO ORDERED.

11    Dated:   __February 2, 2017__

12                                UNITED STATES DISTRICT JUDGE