PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR HUGO SORIANO-VILLAFAN,<br><br>Defendant. | CASE NO. 1:15-cr-00233-DAD-BAM<br><br>STIPULATION AND ORDER RE RESTITUTION<br><br>JUDGE: Hon. Dale A. Drozd |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant was sentenced by the Court on February 1, 2017, following conviction after a guilty plea to one count of conspiracy to commit mail fraud (18 U.S.C. § 1349).

2. At sentencing, the government submitted a calculation of the restitution amount to the Court, comprising false insurance claims paid out in connection with the defendant's conviction. Following the hearing, the government discovered additional corrections to be made to the restitution amount, resulting in a final restitution calculation of **$695,674.39**. The corrections and underlying calculations have been submitted and reviewed by defense counsel in order to submit this stipulation and proposed order.

1

3. The parties have reached this agreement and stipulation as to the restitution amount owed by the defendant, as set forth below. The parties therefore jointly request that the agreed restitution be incorporated into the judgment following sentencing.

4. The parties agree and stipulate, and request that the Court find the following:

a. The total amount of restitution owed by defendant Soriano-Villafan is set forth in Attachment A to this stipulation. Attachment A describes the total amount of restitution and the apportionment of restitution among defendant Soriano-Villafan's victims in this case.

b. Defendant Soriano-Villafan agrees that the judgment and commitment issued in his case will include the restitution amounts and apportionment agreed to in Attachment A.

c. Restitution as stated in Attachment A shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program. The interest is waived.

IT IS SO STIPULATED.

DATED:     February 2, 2017

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED:     February 2, 2017

/s/Megan T. Hopkins
MEGAN T. HOPKINS
Counsel for Defendant
VICTOR HUGO SORIANO-VILLAFAN

IT IS SO ORDERED.

Dated:   **February 2, 2017**

Dale A. Drozd
UNITED STATES DISTRICT JUDGE

**ATTACHMENT A: U.S. v. Soriano-Villafan, 15-cr-233-DAD**
**Restitution Amounts and Payee Information**

| Victim Name and Address | Restitution Amount | Joint and Several Liability (If Applicable) |
|---|---|---|
| Access General Insurance Company<br>3 Ravinia Drive, Ste 400<br>Atlanta, GA 30346 | $84,273.27 | Joint and Several with Co-defendants Sanchez-Becerra and Oscar Diaz Landa, up to their respective restitution amounts. |
| Affirmative Insurance<br>P.O. Box 9041, Addison, TX 75001 | $14,152.02 | N/A |
| Allstate Insurance<br>10100 Trinity Parkway, #200<br>Stockton, CA 95219 | $10,890.35 | Joint and Several with Co-defendants Sanchez-Becerra and Oscar Diaz Landa, up to their respective restitution amounts. |
| Explorer Insurance<br>P.O. Box 906, Santa Clarita, CA 91380 | $35,494.87 | Joint and Several with Co-defendants Sanchez-Becerra and Oscar Diaz Landa, up to their respective restitution amounts. |
| Farmers Insurance<br>1190 Saratoga Ave., Suite 200<br>San Jose, CA 95129 | $109,053.25 | Joint and Several with Co-defendant Oscar Diaz Landa, up to his respective restitution amount. |
| GEICO<br>712 Bancroft Rd. #280<br>Walnut Creek, CA 94598 | $128,143.99 | Joint and Several with Co-defendants Sanchez-Becerra, Oscar Diaz Landa and Alfonso Apu, up to their respective restitution amounts. |
| Infinity Insurance Company<br>13340 183rd St Suite 100<br>Cerritos, CA 90703 | $32,327.06 | Joint and Several with Co-defendants Sanchez-Becerra and Oscar Diaz Landa, up to their respective restitution amounts. |
| Kemper Services Group<br>603 Seagaze Drive #794<br>Oceanside, CA 92054 | $25,826.38 | N/A |
| Nationwide Insurance<br>Three Nationwide Plaza,<br>Columbus, OH 43215 | $18,125.99 | Joint and Several with Co-defendants Oscar Diaz Landa and Alfonso Apu, up to their respective restitution amounts. |
| Progressive Insurance<br>2860 North Main Street Suite 150, Walnut Creek, CA 94597 | $57,602.52 | Joint and Several with Co-defendant Alfonso Apu, up to his respective restitution amount. |
| Sentry Insurance<br>9060 E. Via Linda Blvd,<br>Scottsdale, AZ 85258 | $36,001.13 | Joint and Several with Co-defendant Oscar Diaz Landa, up to his respective restitution amount. |
| State Farm Insurance<br>P.O. Box 52257<br>Phoenix, AZ 85072-2257 | $124,655.16 | Joint and Several with Co-defendants Sanchez-Becerra and Oscar Diaz Landa, up to their respective restitution amounts. |
| Western General Insurance<br>5230 Las Virgenes Road,<br>Calabasas, CA 91302 | $19,128.40 | N/A |
| **Total** | **$695,674.39** | |